# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| PAUL C. THOMPSON, JR., ) | |
| Plaintiff, ) | Civil Action No. 7:17cv00010 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | By: Norman K. Moon |
| H.W. CLARKE, *et al.*, ) | United States District Judge |
| Defendants. ) | |

In accordance with the memorandum opinion entered this day, it is hereby **ADJUDGED and ORDERED** that the correctional defendants' motions to dismiss (Docket Nos. 42 and 55) are **GRANTED in part** and **DENIED in part** and that, pursuant to Standing Order 2013-6, the correctional defendants shall **FILE** within sixty days a motion for summary judgment supported by affidavit(s) as to the remaining claims.

The Clerk shall send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 31st day of March, 2018.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE