**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | |
|---|---|
| PAUL C. THOMPSON, JR., ) | |
| Plaintiff, ) | Civil Action No. 7:17cv00010 |
| ) | |
| v. ) | ORDER |
| ) | |
| H. W. CLARKE, *et al.*, ) | By: Norman K. Moon |
| Defendants. ) | United States District Judge |
| ) | |

In accordance with the accompanying memorandum opinion, it is hereby **ORDERED** that the defendants' motion (Docket No. 56) for partial summary judgment as to Count (2) of the complaint is **GRANTED IN PART AND DENIED IN PART**. The motion is **DENIED** as to Thompson's Claim (2)(E) alleging that defendant Doss, in his individual capacity, failed to protect him from obtaining a razor in segregation to harm himself. The motion is **GRANTED** as to all other claims and defendants.

**ENTER**: This 31st day of March, 2018.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE